MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Enrique Reyes De La Cruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE REYES DE LA CRUZ AND GONZALO REYES DE LA CRUZ,<br><br>Defendants. | CASE NO: CR12-00088-LHK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING FROM JANUARY 16, 2013 TO FEBRUARY 20, 2013 |

The parties, ENRIQUE REYES DE LA CRUZ and GONZALO REYES DE LA CRUZ, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing of these two defendants be continued from January 16, 2013 to February 20, 2013 at 9:00 a.m.

Graham Archer, counsel for Gonzalo Reyes De La Cruz, will commence a homicide trial Monday, January 14, 2013, and will therefore be unavailable for the current sentencing

- 1 -

Stipulation and [~~Proposed~~] Order Continuing Sentencing

date of January 16, 2013. For reasons of judicial economy, it is preferable for these two co-defendants to be sentenced together.

IT IS SO STIPULATED.

Dated: January 10, 2013      MELINDA HAAG
United States Attorney

                                  _____/S/_____
OWEN MARTICAN
Assistant United States Attorney

Dated: January 10, 2013      _____/S/_____
GRAHAM ARCHER
Counsel for Gonzalo Reyes De La Cruz

Dated: January 10, 2013      _____/S/_____
MICHELLE D. SPENCER
Counsel for Enrique Reyes De La Cruz

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing currently scheduled for defendants Gonzalo Reyes De La Cruz and Enrique Reyes De La Cruz on January 16, 2013 shall be continued to February 20, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/10/13

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge