JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorney for Francisco Reyes De La Cruz

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO REYES DE LA CRUZ<br><br>　　　　Defendant. | Case No.: CR-12-0088 LHK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING OF FRANCISCO REYES DE LA CRUZ TO FEBRUARY 22, 2013 |

Defendant Francisco Reyes De La Cruz is set to be sentenced on January 16, 2013. The parties have been advised by the Probation Office that its presentence investigation is ongoing. The parties jointly request additional time for sentencing to allow the necessary investigation by the defense and the Probation Office to ensure the Court has information relevant to sentencing.

///

///

///

///

///

Stipulation and [~~Proposed~~] Order Continuing Sentencings　　　　　　　　　　　　　　　　Page 1

Accordingly, the parties jointly stipulate and request the sentencing date be continued to February 22, 2013 at 10:00 a.m.

Dated: January 10, 2013

                                          Respectfully submitted,
                                          MELINDA HAAG
                                          United States Attorney
                                          /s/

                                          _____
                                          OWEN MARTIKAN
                                          Assistant United States Attorney

Dated: January 2, 2013

                                          __/s/_____
                                          JAMES MCNAIR THOMPSON
                                          Attorney for Francisco Reyes De La Cruz

## [PROPOSED] ORDER

Based on the above, and for good cause shown,

**IT IS HEREBY ORDERED:**

That the January 16, 2013 sentencing of the defendant is hereby continued to February 22, 2013 at 10:00 a.m.

Dated: 1/11/13

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge